**Order entered September 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00562-CR
No. 05-13-00687-CR

**JAMES ERIC HOOTEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-80075-2012, 366-80086-2008**

## ORDER

Appellant's September 19, 2013 motion for extension of time to file appellant's brief is

**GRANTED**. The time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the

date of this order.

/s/     LANA MYERS
        JUSTICE